1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendant
8

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                                  OAKLAND DIVISION

12 WEI BING LI,                          )
                                         ) No. C 06-2742 SBA
13                Plaintiff,             )
                                         )
14        v.                             )
                                         ) **STIPULATION TO DISMISS ORDER**
15 DAVID N. STILL, District Director for the )
   Citizenship and Immigration Services, San )
16 Francisco District Office, Citizenship and )
   Immigration Services,                 )
17                                       )
                  Defendant.             )
18 _____ )

19
       Plaintiff, by and through her attorney of record, and Defendant, by and through his attorneys of
20
   record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled
21
   action in light of the fact that the United States Citizenship and Immigration Services adjudicated
22
   Plaintiff's application for adjustment of status (Form I-485).
23
       Each of the parties shall bear their own costs and fees.
24
   ///
25
   ///
26

27

28
   Stip to Dismiss
   C06-2742 SBA

1  Date: June 7, 2006                                   Respectfully submitted,

2                                                       KEVIN V. RYAN
                                                        United States Attorney
3

4
                                                              /s/
5                                                       ILA C. DEISS
                                                        Assistant United States Attorney
6                                                       Attorneys for Defendant

7

8

9
   Date: June 7, 2006                                         /s/
10                                                      DAVID M. STURMAN
                                                        Attorney for Plaintiff
11

12

13
                                        **ORDER**
14
       Pursuant to stipulation, IT IS SO ORDERED.
15

16

17  DATED: 6/22/06                                      _____
                                                        SAUNDRA BROWN ARMSTRONG
18                                                      United States District Judge

19

20

21

22

23

24

25

26

27

28  Stip to Dismiss
    C06-2742 SBA